UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81533-CIV-ALTMAN/Hunt

**NELSON FERNANDEZ**,

    Plaintiff,

v.

**ANTHROPOLOGIE, INC.**,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record. On November 26, 2019, the Court entered an Order administratively closing this case without prejudice to the parties to file a stipulation of dismissal within 30 days [ECF No. 9]. As of this writing, no stipulation of dismissal has been filed. Accordingly, the Court hereby

**ORDERS** that the case be **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of December 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record